JS - 6

UNITED  STATES  DISTRICT  COURT

FOR  THE  CENTRAL  DISTRICT  OF  CALIFORNIA

DEANA F. WAGNER,                        )            CASE NO. SACV 11-0143-DOC(Ex)
                                        )
                    **Plaintiff(s),**   )
            **v.**                      )
                                        )            **ORDER DISMISSING CIVIL ACTION**
                                        )
AMERICAN   HOME   MORTGAGE)
SERVICES, INC., ET AL.                  )
                                        )
                    **Defendant(s).**   )
                                        )
                                        )
                                        )
_____ )

        The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on

February 28, 2011, which was returnable by March 14, 2011.  To date there has been no

response to the Order to Show Cause and/or no Answer filed.


        IT IS ORDERED that this action is hereby dismissed without prejudice for lack of

prosecution.


DATED: April 29, 2011                   _____
                                                DAVID O. CARTER
                                            United States District Judge